
TJS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYOUSH TAHA, Individually and On Behalf of All Others Similarly Situated | : Civil Action : : : |
| v. | : |
| BENSALEM TOWNSHIP, STEVEN MORAN LT. CHRISTOPHER M. BARRY, SR., FRANK NOONAN, BUCKS COUNTY PA, JOHN DOE, WILLIAM F. PLAINTIER, TERRANCE P. MOORE, BUCKS COUNTY CORRECTIONAL FACILITY RECORDS/REC. CUSTODIAN EMPLOYEES JANE AND/OR JOHN DOE #1-6, and MUGSHOTS.COM, LLC | : NO. 12-6867 : : : : : : |

### ORDER

**AND NOW**, this 28th day of February, 2013, upon consideration of the Defendant Bensalem Township's Motion to Dismiss Count IV of Plaintiff's Complaint (Document No. 4) and the plaintiff having filed an amended complaint, it is **ORDERED** that the motion is **DENIED**.

TIMOTHY J. SAVAGE, J.

FILED
FEB 28 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ENTERED
FEB 28 2013
CLERK OF COURT

2/28/13 mailed