

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| DARYOUSH TAHA, Individually and On Behalf of All Others Similarly Situated | : Civil Action<br>:<br>: |
| v. | : |
| BENSALEM TOWNSHIP, STEVEN MORAN LT. CHRISTOPHER M. BARRY, SR., FRANK NOONAN, BUCKS COUNTY PA, JOHN DOE, WILLIAM F. PLAINTIER, TERRANCE P. MOORE, BUCKS COUNTY CORRECTIONAL FACILITY RECORDS/REC. CUSTODIAN EMPLOYEES JANE AND/OR JOHN DOE #1-6, and MUGSHOTS.COM, LLC | : NO. 12-6867<br>:<br>: FILED<br>: APR 1 7 2013<br>: MICHAEL E. KUNZ, Clerk<br>: By_____ Dep. Clerk |

### ORDER

AND NOW, this 15th day of April, 2013, upon consideration of the Defendant Bensalem Township's Motion to Dismiss Plaintiff's Amended Complaint (Document No. 7), the plaintiff's response and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

TIMOTHY J. SAVAGE, J.

4/17/13 mailed
Bucks County Mugshots
Bary Noonan Moran Moore
Plantier

**ENTERED**

APR 17 2013

CLERK OF COURT