IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYOUSH TAHA | : | CIVIL ACTION |
| *Individually and on Behalf of* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY, et al. | : | NO. 12-6867 |

## ORDER

**AND NOW**, this 21st day of February, 2014, having considered the Bucks County Defendants' Motion to Dismiss the Second Amended Complaint (Doc. 38), Plaintiff's Response thereto (Doc. 41), and Defendants' Reply (Doc. 44), and having held oral argument, it is hereby **ORDERED** that the Motion (Doc. 38) is **DENIED**.

BY THE COURT:

**/s/ L. Felipe Restrepo**
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE