L-FR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | | |
|---|---|---|
| DARYOUSH TAHA<br>*Individually and on Behalf of*<br>*All Others Similarly Situated* | : | CIVIL ACTION |
| v. | : | |
| BUCKS COUNTY, et al. | : | NO. 12-6867 |

**ORDER**

MAR 2 6 2014

**AND NOW,** this 25th day of March, 2014, upon consideration of Defendant Citizen Information Associates (CIA)'s Motion to Dismiss the Second Amended Complaint (Doc. 54), Plaintiff's Response (Doc. 59), and CIA's Reply (Doc. 62), it is hereby **ORDERED** that the Motion (Doc. 54) is **GRANTED** in part and **DENIED** in part, as follows:

1. The Motion is **GRANTED** with respect to Counts I and II. Plaintiff's claims against CIA pursuant to 18 Pa. C.S.A. §§ 9121 and 9183 are **DISMISSED with prejudice.**

2. The Motion is **GRANTED** with respect to Count III. Plaintiff's claim against CIA pursuant to 42 Pa. C.S.A. § 8316 is **DISMISSED without prejudice.**

3. The Motion is **DENIED** with respect to Count IV.

**IT IS FURTHER ORDERED** that Plaintiff is granted leave to file a Third Amended Complaint consistent with this Court's Memorandum within fifteen (15) days of this Order.

BY THE COURT:

_____
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE

ENTERED
MAR 2 6 2014
CLERK OF COURT

3/26/14 mu/df
Muphoto

xc: Legal