IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYOUSH TAHA | : | CIVIL ACTION |
| *Individually and on Behalf of* | : | |
| *All Others Similarly Situated* | : | |
| | : | |
| v. | : | |
| | : | |
| BUCKS COUNTY, et al. | : | NO. 12-6867 |

## ORDER

**AND NOW**, this 30th day of December, 2015, having considered the Motion of Citizen Information Associates, LLC ("CIA") for Summary Judgment (ECF Document 96), Plaintiff's Response thereto (Doc. 98), and Defendant's Reply (Doc. 99), and having held oral argument, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion (Doc. 96) is **GRANTED** and CIA is dismissed as a defendant to this action.

BY THE COURT:

/s/ L. Felipe Restrepo
_____
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE