IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARYOUSH TAHA,**<br>　　　　　Plaintiff,<br><br>　　v.<br><br>**BUCKS COUNTY PENNSYLVANIA,<br>BUCKS COUNTY CORRECTIONAL<br>FACILITY, and UNPUBLISH LLC,**<br>　　　　　Defendants.<br><br>**UNPUBLISH LLC**<br>　　　　　Cross Defendant<br>**BENSALEM TOWNSHIP**<br>　　　　　Cross Claimant<br><br>　　v.<br><br>**BUCKS COUNTY CORRECTIONAL<br>FACILITY RECORDS/ RECORDS<br>CUSTODIAN EMPLOYEES JANE<br>AND/OR JOHN DOE #1-6, BUCKS<br>COUNTY PENNSYLVANIA, TERRANCE<br>P. MOORE, FRANK NOONAN and<br>WILLIAM F. PLANTIER**<br>　　　　　Cross Defendants | **CIVIL ACTION**<br><br><br><br>**NO.  12-6867** |

**O R D E R**

　　**AND NOW**, this 28th day of March, 2016, upon consideration of Defendants the County of Bucks and the Bucks County Correctional Facility Motion for Summary Judgment (ECF No. 105), Plaintiff's Response in Opposition thereto (ECF No. 114), and Defendants' Reply in Support thereof (ECF No. 117); Plaintiff's Motion for Partial Summary Judgment (ECF No. 123) and Defendants' Response in Opposition thereto (ECF No. 128); a transcript of oral argument held April 24, 2015 (ECF No. 137); and supplemental briefing submitted by both parties (ECF Nos. 124, 125, 131, 133, 134, 136),  it is **HEREBY ORDERED**:

1. Plaintiff's Motion for Partial Summary Judgment is **GRANTED**. With respect to the sole issue presented by Plaintiff, the Court finds that Plaintiff's criminal history record information was wrongfully disseminated to the public in violation of the provisions of Pennsylvania's Criminal History Record Information Act; and

2. Defendants' Motion for Summary Judgment is **DENIED**.

                                      **BY THE COURT:**

                                      /S/ WENDY BEETLESTONE, J.

                                      _____
                                      **WENDY BEETLESTONE, J.**