## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| **DARYOUSH TAHA** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | **12-06867** |
| **v.** | : | |
| | : | |
| **BENSALEM TOWNSHIP et al.** | : | |
| **Defendants** | : | |

---

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE CLASS COUNSEL

The Court, having considered Plaintiff Daryoush Taha's Unopposed Motion To Substitute Class Counsel and the Declaration of Proposed Class Counsel, Jonathan Shub in support of said Motion;

**IT IS ORDERED AND ADJUDGED** that:

1. Plaintiff's Unopposed Motion To Substitute Class Counsel is hereby GRANTED.

2. Jonathan Shub of Kohn, Swift and Graf, P.C. will serve as class counsel in the above-captioned action. Scott A. George of Seeger Weiss LLP will withdraw as counsel for Plaintiff and the class and is hereby relieved of all further responsibility for the prosecution of this action.

AND IT IS SO ORDERED:

DATED: _____          _____
                                 Honorable Wendy Beetlestone
                                 United States District Judge