WB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYOUSH TAHA,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| BUCKS COUNTY PENNSYLVANIA,<br>BUCKS COUNTY CORRECTIONAL<br>FACILITY, and UNPUBLISH LLC,<br>　　　　Defendants. | NO. 12-6867 |
| UNPUBLISH LLC<br>　　　　Cross Defendant<br>BENSALEM TOWNSHIP<br>　　　　Cross Claimant | |
| v. | |
| BUCKS COUNTY CORRECTIONAL<br>FACILITY RECORDS/ RECORDS<br>CUSTODIAN EMPLOYEES JANE<br>AND/OR JOHN DOE #1-6, BUCKS<br>COUNTY PENNSYLVANIA, TERRANCE<br>P. MOORE, FRANK NOONAN and<br>WILLIAM F. PLANTIER<br>　　　　Cross Defendants | |



FILED
JUN 22 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

**ORDER**

AND NOW, this 21st day of June, 2016, Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC, having failed to defend, answer, or otherwise plead to the Amended Complaint duly served and delivered on April 14, 2014, and default having been duly entered on June 6, 2016, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 169) and following a hearing held June 21, 2016, **IT IS HEREBY ORDERED**:

1. Default judgment is entered **IN FAVOR OF** Plaintiff and **AGAINST** Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC;

2. Plaintiff's request for a default judgment on damages is **WITHDRAWN**; and

3. An injunction is hereby entered against Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC, directing them to remove Plaintiff's criminal record history information from their websites.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

6/22/16 mailed
Unpublished

ENTERED
JUN 22 2016
CLERK OF COURT

2