OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

# United States Court of Appeals
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

July 5, 2016

*12-6867*

**FILED**

JUL - 7 2016

MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

Michael Kunz
United States District Court for the Eastern District of Pennsylvania Room 2609
James A. Byrne United States Courthouse 601 Market Street
PhiladelphiaPA19106

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

## GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $505.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioner should notify the Court of Appeals in writing that the filing fee has been paid.**

Upon receipt of the notice from petitioner, the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk


By: s/Caitlyn
Case Manager
267-299-4956


cc:     Frank A. Chernak, Esq.
        Crystal H. Clark, Esq.
        Erin K. Clarke, Esq.
        Alan E. Denenberg, Esq.
        Jay B. Harris, Esq.
        Burt M. Rublin, Esq.
        Jonathan Shub, Esq.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 1, 2016
CCO-090

No. 16-8044

DARYOUSH TAHA, Individually
and on Behalf of All Others Similarly Situated

v.

BUCKS COUNTY PENNSYLVANIA;
BUCKS COUNTY CORRECTIONAL FACILITY;
CITIZEN INFORMATION ASSOCIATES LLC,
d/b/a Mugshotonline.com, d/b/a Bustedmugshots.com;
UNPUBLISH LLC, d/b/a Mugshots.com

Bucks County Pennsylvania; Bucks County Correctional Facility,
Petitioners

(E.D. Pa. No. 2-12-cv-06867)

Present:  FISHER, JORDAN and VANASKIE, Circuit Judges

1.  Petition by Bucks County Pennsylvania and Bucks County Correctional
    Facility for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f);

2.  Response by Respondent Daryoush Taha;

3.  Motion by the County Commissioners Association of Pennsylvania to
    Proceed as Amicus Curiae in Support of Petitioners with Response
    attached;

4.  Motion by Petitioners Bucks County Pennsylvania and Bucks County
    Correctional Facility for Leave to File a Reply to Response with Reply
    attached;

5.  Response by Respondent in Opposition to Petitioners Motion for Leave to
    File a Reply

Respectfully,
Clerk/cjg

_____ORDER_____

The foregoing Petition by Bucks County Pennsylvania and Bucks County Correctional
Facility for Leave to Appeal and the motion for leave to file a reply are hereby
GRANTED.   The motion by the County Commissioners Association of Pennsylvania to
proceed Amicus Curiae is denied as moot, without prejudice to the Association to seek
leave to proceed as amicus when a briefing schedule is issued.


                                        By the Court,


                                        s/  Kent A. Jordan
                                        Circuit Judge

Dated: July 5, 2016
CJG/cc:        Alan E. Denenberg, Esq.
               Jonathan Shub, Esq.
               Frank A. Chernak, Esq.
               Erin K. Clarke, Esq.
               Burt M. Rublin, Esq.
               Jay B. Harris, Esq.
               Crystal H. Clark, Esq.

A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk