UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-3077

_____

DARYOUSH TAHA,
Individually and on Behalf of All Others Similarly Situated

v.

COUNTY OF BUCKS; BUCKS COUNTY CORRECTIONAL FACILITY;
CITIZEN INFORMATION ASSOCIATES LLC, d/b/a Mugshotonline.com,
d/b/a bustedmugshots.com; UNPUBLISH LLC, d/b/a Mugshots.com

COUNTY OF BUCKS; BUCKS COUNTY CORRECTIONAL FACILITY,
*Appellants*

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civ. No. 2-12-cv-06867)
Honorable Wendy Beetlestone, District Judge

_____

Argued March 15, 2017

BEFORE:  GREENAWAY, JR., SHWARTZ, and GREENBERG, Circuit Judges

_____

JUDGMENT

_____

This cause came on to be considered on the record on appeal from the United

States District Court for the Eastern District of Pennsylvania and was argued on March

15, 2017.  On consideration whereof, it is hereby

ORDERED and ADJUDGED by this Court that the District Court's order of May

4, 2016, granting plaintiff's motion for class certification, is affirmed.

Costs taxed against appellants.

ATTEST:

s/ Marcia M. Waldron
Clerk

DATED: July 6, 2017

Costs taxed in favor of Appellee, Daryoush Taha, as follows:

Brief.......................$142.60
Appendix..................$199.60
Addendum..................$139.60

Total.......................$481.80

Certified as a true copy and issued in lieu
of a formal mandate on August 10, 2017

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**