# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARYOUSH TAHA,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **BUCKS COUNTY PENNSYLVANIA,<br>BUCKS COUNTY CORRECTIONAL<br>FACILITY, and UNPUBLISH LLC,**<br>            **Defendants.** | **NO. 12-6867** |
| **UNPUBLISH LLC**<br>            **Cross Defendant**<br>**BENSALEM TOWNSHIP**<br>            **Cross Claimant** | |
| **v.** | |
| **BUCKS COUNTY CORRECTIONAL<br>FACILITY RECORDS/ RECORDS<br>CUSTODIAN EMPLOYEES JANE<br>AND/OR JOHN DOE #1-6, BUCKS<br>COUNTY PENNSYLVANIA, TERRANCE<br>P. MOORE, FRANK NOONAN and<br>WILLIAM F. PLANTIER**<br>            **Cross Defendants** | |

FILED
SEP 05 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

## O R D E R

AND NOW, this 4th day of September, 2018, upon consideration of Plaintiff's Motion to Strike the Expert Report of Stephen Snook (ECF Nos. 226 & 229) and Defendants' response thereto (ECF No. 228), it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

ENT'D SEP - 5 2018

_____
**WENDY BEETLESTONE, J.**