IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARYOUSH TAHA,
    Plaintiff,

v.

BUCKS COUNTY PENNSYLVANIA,
BUCKS COUNTY CORRECTIONAL
FACILITY, and UNPUBLISH LLC,
    Defendants.

UNPUBLISH LLC
    Cross Defendant
BENSALEM TOWNSHIP
    Cross Claimant

v.

BUCKS COUNTY CORRECTIONAL
FACILITY RECORDS/ RECORDS
CUSTODIAN EMPLOYEES JANE
AND/OR JOHN DOE #1-6, BUCKS
COUNTY PENNSYLVANIA, TERRANCE
P. MOORE, FRANK NOONAN and
WILLIAM F. PLANTIER
    Cross Defendants

CIVIL ACTION

NO. 12-6867

FILED
FEB 14 2019

## ORDER

**AND NOW** this 14th day of February, 2019, upon consideration of Plaintiff's Motion for Summary Judgment and briefing in support (ECF Nos. 234, 253), Defendants' Response thereto (ECF No. 251), Defendants' Motion for Summary Judgment and briefing in support (ECF Nos. 232, 257), Plaintiff's Response thereto (ECF No. 247), and the parties' responses to the Court's

Order to Show Cause (ECF Nos. 260, 261, 264), **IT IS ORDERED** that the Motions are

**DENIED.**

BY THE COURT:

/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**