IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARYOUSH TAHA,** <br>         **Plaintiff,** <br><br> v. <br><br> **BUCKS COUNTY PENNSYLVANIA, BUCKS COUNTY CORRECTIONAL FACILITY, and UNPUBLISH LLC,** <br>         **Defendants.** <br><br> **UNPUBLISH LLC** <br>         **Cross Defendant** <br> **BENSALEM TOWNSHIP** <br>         **Cross Claimant** <br><br> v. <br><br> **BUCKS COUNTY CORRECTIONAL FACILITY RECORDS/ RECORDS CUSTODIAN EMPLOYEES JANE AND/OR JOHN DOE #1-6, BUCKS COUNTY PENNSYLVANIA, TERRANCE P. MOORE, FRANK NOONAN and WILLIAM F. PLANTIER** <br>         **Cross Defendants** | **CIVIL ACTION** <br><br><br><br> **NO. 12-6867** |

## ORDER

**AND NOW** this 29th day of April, 2019, upon consideration of Defendants' Motions to Strike the Expert Report and Preclude Testimony of Sarah Lageson and Richard Subia (ECF Nos. 236 & 237), Plaintiff's Response in Opposition (ECF No. 250), and Defendants' Replies (ECF Nos. 255, 256), **IT IS ORDERED** as follows:

1. The Motion as to Lageson is **GRANTED IN PART AND DENIED IN PART** such that Lageson will not be permitted to testify on whether Defendants' violations of law were "willful," but will be permitted to testify on the nature and extent of the victim's harm.

2. The Motion as to Subia is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**