# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARYOUSH TAHA,**<br>          **Plaintiff,**<br><br>          v.<br><br>**BUCKS COUNTY PENNSYLVANIA,**<br>**BUCKS COUNTY CORRECTIONAL**<br>**FACILITY,**<br>          **Defendants.** | **CIVIL ACTION**<br><br><br><br><br>**NO.  12-6867** |

## ORDER

**AND NOW**, this 17th day of May, 2019, upon consideration of Defendants' Motion to Bifurcate the Issues of Willfulness and the Amount of any Punitive Damages and Decertify the Class (ECF No. 299) and Plaintiff's Response in Opposition (ECF No. 303), **IT IS ORDERED** that the Motion is **DENIED**.

          BY THE COURT:

          /s/Wendy Beetlestone, J.

          _____
          **WENDY BEETLESTONE, J.**