# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARYOUSH TAHA,**  <br>         **Plaintiff,**  <br>  <br>         v.  <br>  <br>**BUCKS COUNTY PENNSYLVANIA,**  <br>**BUCKS COUNTY CORRECTIONAL**  <br>**FACILITY,**  <br>         **Defendants.** | **CIVIL ACTION**  <br>  <br>  <br>  <br>**NO. 12-6867** |

## ORDER

**AND NOW** this 29th day of May, 2019, upon consideration of Plaintiff's Motion for Leave to Reply to Defendants' Oppositions to Plaintiff's Motions in Limine (ECF No 317), **IT IS ORDERED** that the Motion is **DENIED AS MOOT.**

                                              **BY THE COURT:**

                                              /s/Wendy Beetlestone, J.

                                              _____

                                              **WENDY BEETLESTONE, J.**