IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYOUSH TAHA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO.  12-6867 |
| v. | : | |
| | : | CLASS ACTION |
| BUCKS COUNTY, et al., | : | |
| | : | |
| Defendants. | : | |

**RENEWED MOTION OF DEFENDANTS THE COUNTY OF BUCKS AND THE BUCKS COUNTY CORRECTIONAL FACILITY FOR JUDGMENT AS A MATTER OF LAW OR MOTION FOR A NEW TRIAL**

Pursuant to Federal Rule of Civil Procedure 50(b), Defendants, the County of Bucks and the Bucks County Correctional Facility (collectively, the "County"), by and through their undersigned counsel, hereby submit this renewed motion for judgment as a matter of law.  In the alternative, the County moves for a new trial under Rule 59 on numerous grounds.  In support of these requests, the County relies on the accompanying brief and exhibits, which are filed concurrently herewith.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, the County respectfully requests that this Court grant its Motion, thereby either directing the entry of judgment in favor of the County on Plaintiff's claims or ordering a new trial.

Respectfully submitted,

Date: <u>July 26, 2019</u>

*/s/ Frank A. Chernak*
Frank A. Chernak (Atty. I.D. 57602)
Erin K. Clarke (Atty. I.D. 309331)
Brett M. Waldron (Atty. I.D. 316773)
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
(215) 772-1500
fchernak@mmwr.com
eclarke@mmwr.com
bwaldron@mmwr.com

Burt M. Rublin (Atty. I.D. 32444)
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 864-8116
rublin@ballardspahr.com

*Attorneys for Defendants the County of Bucks and the Bucks County Correctional Facility*