

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYOUSH TAHA,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| BUCKS COUNTY PENNSYLVANIA,<br>BUCKS COUNTY CORRECTIONAL<br>FACILITY,<br>    Defendants. | NO. 12-6867 |

**ORDER**

AND NOW, this 4th day of October, 2019, upon consideration of Defendants' Renewed Motion for Judgment as a Matter of Law or for a New Trial and Motion to Alter Judgment and briefing in support thereof (ECF Nos. 353, 354, 362 & 363) and Plaintiff's responses thereto (ECF Nos. 359 & 360), **IT IS HEREBY ORDERED** that Defendants' Motions are **DENIED**.

BY THE COURT:

_____
WENDY BEETLESTONE, J.