IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYOUSH TAHA, Individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 12-06867 |
| Plaintiff, | |
| v | |
| BUCKS COUNTY et al., | CLASS ACTION |
| Defendants | |



FILED
NOV 20 2019
KATE BARKMAN, Clerk
          Dep. Clerk

## AMENDED JUDGMENT

This class action concluded with a jury verdict on May 28, 2019. The verdict, [Dkt.338], is attached as <u>Exhibit 1.</u> Pursuant to Federal Rules of Civil Procedure 23, 54, and 60, the Court now enters this Amended Judgment on behalf of the Class, and it is **ORDERED** and **ADJUDGED** that:

1. <u>Exhibit 2</u>, filed under seal, identifies the class members to whom Rule 23(c)(2) notice was directed, who have not requested exclusion, have not passed away as of the date of this Judgment, and whom the Court finds to be members of the Class. Pursuant to this Court's May 4, 2016 Order (Dkt. No. 158), the Certified Class consists of the following individuals:

ALL PERSONS WHOSE CRIMINAL HISTORY RECORD INFORMATION WAS MADE AVAILABLE ON THE BUCKS COUNTY CORRECTIONAL FACILITY INMATE LOOKUP TOOL BEFORE JUNE 18, 2013 (THE "CLASS").

2. Consistent with the jury's verdict, each member of the Class shall recover from Defendants the amount of $1,000.00 in punitive damages under the Pennsylvania Criminal History Records Information Act.

{00205066}

3.    Class Members are entitled to post-judgment interest on the jury's award at the rate established in 28 U.S.C. § 1961 and such interest shall accrue from the date of the Court's initial entry of judgment on July 2, 2019 [Dkt. 350].

4.    Taha will defer filing a petition for the award of counsel fees and non-taxable expenses pursuant to Fed.R.Civ.P. 23, Fed. R.Civ. P. 54(d)(2), and 18 Pa.C.S.§ 9183(b)(2), and any bill of costs pursuant to Fed.R.Civ.P. 54(d)(1), until the Defendants' pending appeal to the Third Circuit Court of Appeals is resolved (including the resolution of any remand proceedings ordered by the Court of Appeals).

5.    All issues and disputes regarding claims administration and distribution are deferred until the conclusion of the Defendants' appeal. The disbursement of any funds to any class member, including Plaintiff, is stayed pending the completion of the Defendants' appeal.

6.    Execution or enforcement of this Amended Judgment, and any proceedings to enforce the Judgment, are stayed until after the conclusion of the Defendants' appeal and, consistent with F.R.Civ.P. 62(f), 42 Pa. C.S. § § 4303, 4305, and Pa. R.App. P. 1736(a), the Defendants are not required to post a supersedeas bond.

7.    The Court finds, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, that Final Judgment should be entered forthwith and that there is no just

reason for delay in the entry of the Judgment.

IT IS SO ORDERED.

Dated: 20ᵗʰ Nov. , 2019

BY THE COURT,

WENDY BEETLESTONE, J



ENT'D NOV 21 2019

# Exhibit 1

## Verdict Sheet

# Exhibit 2

## List of Class Members

## (FILED UNDER SEAL)