UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BCO-073

No. 19-2761

DARYOUSH TAHA,
Individually and on Behalf of All Others
Similarly Situated

v.

BUCKS COUNTY PENNSYLVANIA;
BUCKS COUNTY CORRECTIONAL FACILITY;
UNPUBLISH LLC, d/b/a Mugshots.com;
CITIZEN INFORMATION ASSOCIATES, LLC
d/b/a Mugshotsoline.com and Bustedmugshots.com

Bucks County Pennsylvania;
Bucks County Correctional Facility,
Appellants

(E.D. Pa. No. 2-12-cv-06867)

Present:  AMBRO and GREENAWAY, JR., Circuit Judges

1.  Joint Motion filed by Appellants Bucks County Correctional Facility and
    County of Bucks for Partial Remand.



Respectfully,
Clerk/tmm

_____ORDER_____

The foregoing motion for partial remand is GRANTED.  The Court will retain
jurisdiction.


By the Court,

s/ Thomas L. Ambro
Circuit Judge

Dated: May 15, 2020

Tmm/cc: Alan E. Denenberg, Esq.

Robert J. LaRocca, Esq.

Jonathan Shub, Esq.

Frank A. Chernak, Esq.

Caroline L. Rice, Esq.

Burt M. Rublin, Esq.

Brett M. Waldron, Esq.