**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DARYOUSH TAHA,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **BUCKS COUNTY,** *et al.***,**<br>　　　　**Defendants.** | **NO.  12-6867** |

## O R D E R

**WHEREAS**, the Court entered an Order on June 22, 2016 granting default judgment in favor of Plaintiff Daryoush Taha and against Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC (ECF No. 177);

**WHEREAS**, on August 31, 2020, Plaintiff filed a Motion for an Assessment of Damages Hearing Against Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC (ECF No. 391);

**WHEREAS**, an assessment of damages hearing was held on October 1, 2020.

**AND NOW**, this 12th day of February, 2021, **IT IS ORDERED** that:

1.　　Plaintiff is awarded damages against Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC in the amount of $150,000; and

2.　　The Clerk of Court is **HEREBY ORDERED** to terminate this case and mark it **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**