BY: ALAN E. DENENBERG, ESQUIRE
IDENTIFICATION NUMBER: 54161
1315 WALNUT STREET, SUITE 500
PHILADELPHIA, PA. 19107          ATTORNEY FOR PLAINTIFF
(215) 546-1345

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYOUSH TAHA | CIVIL ACTION |
|     Plaintiff | |
| | 12-06867 |
| v. | |
| BENSALEM TOWNSHIP et al. | |
|     Defendants | |

### PRAECIPE FOR JUDGMENT

TO THE CLERK OF COURTS:

    Kindly reduce the attached Court Order to a Judgment in favor of the Plaintiff Daryoush Taha and against Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC in the amount of $150,000.00.

                              RESPECTFULLY SUBMITTED,


                              BY: _s/ Alan Denenberg_____
                              ALAN DENENBERG, ESQUIRE
                                ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYOUSH TAHA, <br> Plaintiff, | CIVIL ACTION |
| v. | |
| BUCKS COUNTY, *et al.*, <br> Defendants. | NO. 12-6867 |

## ORDER

**WHEREAS**, the Court entered an Order on June 22, 2016 granting default judgment in favor of Plaintiff Daryoush Taha and against Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC (ECF No. 177);

**WHEREAS**, on August 31, 2020, Plaintiff filed a Motion for an Assessment of Damages Hearing Against Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC (ECF No. 391);

**WHEREAS**, an assessment of damages hearing was held on October 1, 2020.

**AND NOW**, this 12th day of February, 2021, **IT IS ORDERED** that:

1. Plaintiff is awarded damages against Defendants Mugshots.com, LLC and Unpublish LLC d/b/a Mugshots.com, LLC in the amount of $150,000; and

2. The Clerk of Court is **HEREBY ORDERED** to terminate this case and mark it **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**